# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 20-CR-134-PB-01 |
| ) | |
| STEPHEN CLOUGH ) | |
| ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT ONE

**26 U.S.C. §§ 5861(d)**
**Possession of Unregistered Firearm**

On or about July 27, 2019, in the District of New Hampshire, the defendant,

**STEPHEN CLOUGH**,

Knowingly received and possessed a firearm, that is, a Sears and Roebuck (Marlin), Model J.C. Higgins 103.740 (59) Marlin, caliber .410 shotgun, no serial number, having a barrel of less than 18 inches and an overall length of less than 26 inches, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841 and 5861(d).

A TRUE BILL

Dated: October 26, 2020              /s/ Foreperson of the Grand Jury
                                     Foreperson of the Grand Jury

SCOTT W. MURRAY
United States Attorney
District of New Hampshire

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney